# UNITED STATES BANKRUPTCY COURT

NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: EDWARD SENIRES and YOLINDA SENIRES | § § § § | Case No. 11-07363 Hon. JACK B. SCHMETTERER Chapter 7 |
| Debtor(s) |  |  |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS                                          , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within ____ 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m.  on 08/25/2011  in Courtroom 682     , Dirksen Federal Building          Courthouse,

219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By:  Clerk U. S. Bankruptcy Court
                                    _____
                                     (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS
_____

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603
_____

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
NORTHERN    **DISTRICT OF** ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | EDWARD SINERES and YOLINDA SINERES | § § § § |

Case No. 11-07363
Hon. JACK B. SCHMETTERER
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $14,176.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $14,176.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $14,176.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $2,167.60 | $0.00 | $2,167.60 |
| *Trustee, Expenses* ALLAN J. DeMARS | $9.02 | $0.00 | $9.02 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,   U.S. Bankruptcy Court* | |
| *Fees, United States Trustee* | |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $2,176.62 |
| Remaining balance: | $11,999.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                    , Fees* | | | |
| *Attorney for                  , Expenses* | | | |
| *Accountant for                    , Fees* | | | |
| *Accountant for                  , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $11,999.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  | Total to be paid for priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $11,999.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $131,959.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __ 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $20,118.63 | $0.00 | $1,829.43 |
| 2 | Discover Bank | $12,242.65 | $0.00 | $1,113.25 |
| 3 | Asset Acceptance LLC assignee FNB Omaha | $15,785.75 | $0.00 | $1,435.43 |
| 4 | American InfoSource LP agent for Citibank (S Dakota) | $7,018.04 | $0.00 | $638.16 |
| 5 | Commerce Bank, NA | $21,750.80 | $0.00 | $1,977.84 |
| 6 | Capital One Bank USA,   NA | $15,620.41 | $0.00 | $1,420.39 |
| 7 | Chase Bank USA, NA | $717.06 | $0.00 | $65.20 |
| 8 | American Express Bank, FSB | $732.35 | $0.00 | $66.60 |
| 9 | American Express Bank, FSB | $3,785.13 | $0.00 | $344.19 |
| 10 | PYOD LLC assignee of Citibank | $10,899.02 | $0.00 | $991.07 |
| 11 | FIA Card Services successor to Bank of America and MBNA | $23,290.12 | $0.00 | $2,117.82 |

|  | Total to be paid for timely general unsecured claims: | $11,999.38 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ____ 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| NONE | | $0.00 | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

Total to be paid for tardily filed general unsecured claims:     $0.00

Remaining balance:     $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-07363-JBS
Edward Senires                                                      Chapter 7
Yolinda Senires
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rmarola          Page 1 of 2          Date Rcvd: Jul 28, 2011
                             Form ID: pdf006         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2011.
```
db/jdb      +Edward Senires,   Yolinda Senires,   4408 Pynsky Road,   Glenview, IL 60026-7901
aty         +Manny A Aguja,   Law Offices of Manny A. Aguja,   3144 West Montrose Avenue,
              Chicago, IL 60618-1333
tr          +Allan J DeMars,   Spiegel & DeMars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
16864094    +Ally Financial,   P.O. Box 380901,   Bloomington, MN 55438-0901
16864095    +American Education Services,   P.O. Box 2461,   Harrisburg, PA 17130-0001
16864097    +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
16864096    +American Express,   Box 0001,   Los Angeles, CA 90096-8000
17236632     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17542476     American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
16864100    +Bank Of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
16864099    +Bank Of America,   P.O. Box 660807,   Dallas, TX 75266-0807
16864101    +Bank Of America Home Loan Servicing, LP,   P.O. Box 650070,   Dallas, TX 75265-0070
16864102    +Blatt, Hasenmiller, Leibsker & Morre LLC,   125 South Wacker Dr. Ste 400,
              Chicago, IL 60606-4440
16864103    +Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
17195029     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
              Oklahoma City, OK  73124-8839
16864104    +Chase,   P.O. Box 9001020,   Louisville, KY 40290-1020
16864105    +Chase,   Attn: Bankruptcy Department,   340 S. Cleveland Ave., Bldg 370,
              Westerville, OH 43081-8917
16864106    +Chase Automobile,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
17228438     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16864107    +Chase Home  Finance,   P.O. Box 9001023,   Louisville, KY 40290-1023
16864108    +Citi Bank,   Processing Center,   Des Moines, IA 50363-0001
16864112    +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
16864113    +First National Bank Of Omaha,   P.O. Box 2557,   Omaha, NE 68103-2557
16864114    +Hsbc,   P.O. Box 5253,   Carol Stream, IL 60197-5253
16864093    +Law Offices of Manny A Aguja,   3144 W Montrose Ave,   Chicago, IL 60618-1333
16864115    +NCO Financail Systems Inc.,   P.O. BOX 15630  Dept 02,   Wilmington, DE 19850-5630
16864116    +Northstar Location Services, LLC,   4285 Genesee St.,   Cheektowaga, NY 14225-1943
17345965    +PYOD LLC its successors and assigns as assignee of,   Citibank, NA, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16864117    +Sears Credit Card,   P.O. Box 6189,   Sioux Falls, SD 57117-6189
16864091    +Senires Edward,   4408 Pynsky Road,   Glenview, IL 60026-7901
16864092    +Senires Yolinda,   4408 Pynsky Road,   Glenview, IL 60026-7901
16864118    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   P.O. Box 5855,   Carol Stream, IL  60197)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17127060     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2011 09:06:22
              American InfoSource LP as agent for   Citibank (South Dakota) N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
16864098    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 29 2011 08:55:08    Asset Acceptance LLC,
              P.O. Box 2036,   Warren, WI 48090-2036
17125257    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 29 2011 08:55:08
              Asset Acceptance LLC assignee First Bankcard /FNB,   PO Box 2036,   Warren, MI 48090-2036
17142289     E-mail/Text: bankruptcy@commercebank.com Jul 29 2011 08:55:11    Commerce Bank, NA,
              P O BOX 419248,  KCREC-10,   Kansas City, MO 64141-6248
16864109    +E-mail/Text: bankruptcy@commercebank.com Jul 29 2011 08:55:11    Commerce Bank,
              P.O. Box 419248,   Kansas City, MO 64141-6248
16864110     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2011 09:06:22    Discover,   P.O. Box 15316,
              Wilmington, DE  19850
16864111    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2011 09:06:22    Discover,   P.O. Box 6103,
              Carol Stream, IL 60197-6103
17118561     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 29 2011 09:06:22    Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17517111     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2011 09:06:22
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
17247438*    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: rmarola          Page 2 of 2          Date Rcvd: Jul 28, 2011
                             Form ID: pdf006         Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2011**                    **Signature:**    _Joseph Speetjens_